IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDULIA TALL,             :<br>    Plaintiff              :<br>                              :<br>    v.                        :   No. 2:CV-10-6559<br>                              :<br>KEYSTONE HUMAN SERVICE :<br>SYSTEMS, INC., et al.   :<br>    Defendants          | |

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

■     The nongovernmental corporate party, Keystone Human Service Systems, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❑     The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

                                           McNEES WALLACE & NURICK LLC

Date: January 4, 2011                  /s/ Richard L. Etter
                                          By_____
                                               Jennifer E. Will
                                               I.D. No. 84824
                                               Richard L. Etter
                                               I.D. No. 92835
                                               100 Pine Street
                                               P.O. Box 1166
                                               Harrisburg, PA 17108-1166
                                               (717) 232-8000

                                               Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby understands that the foregoing document will be served electronically upon the following according to the U.S. District Court for the Eastern District ECF guidelines:

> Ari R. Karpf, Esq.
> Karpf & Karpf
> Suite 231, Building 2
> 3070 Bristol Pike
> Bensalem, PA 19020
> akarpf@karpf-law.com

/s/ Richard L. Etter
_____
Richard L. Etter

Date:  January 4, 2010